RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/25/07
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FRANCIS BLADEN, ET AL. | CIVIL ACTION NO. 06-0973 |
| VERSUS | JUDGE DOHERTY |
| C.B. FLEET HOLDING COMPANY, ET AL. | MAGISTRATE JUDGE HILL |

### ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED the Motion to Dismiss [Doc. 2] claims II, III and IV of plaintiffs' complaint filed by defendants, C.B. Fleet Holding Co. and C.B. Fleet Company, Inc., shall be and is hereby GRANTED in its entirety.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 24 day of April, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE